OPINION — AG — ** SALARY — PART TIME — COUNTY ATTORNEY ** YOU MAY APPOINT TO BE AN ASSISTANT COUNTY ATTORNEY A PERSON WHO IS NOW REGULARLY AND CONTINUOUSLY EMPLOYED CITY ATTORNEY, BUT THAT IF SAID PERSON ACCEPTS AND QUALIFIES FOR THE POSITION AS ASSISTANT COUNTY ATTORNEY, HE WILL THEREBY IPSO FACTO VACATE HIS OFFICE AS CITY ATTORNEY. (DUAL OFFICE HOLDING, MUNICIPAL ATTORNEY, MUNICIPAL COUNSELOR) CITE: 51 O.S. 6 [51-6], 19 O.S. 179.7 [19-179.7] [19-179.7], 11 O.S. 632 [11-632] (RICHARD M. HUFF)